UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 10127
   ARVIA J HARRISON
                                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8259

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/06/2007 and was confirmed 09/20/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 03/17/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 15147.00 | 551.73 | 965.05 |
| CAPITAL ONE | UNSECURED | 2179.71 | .00 | .00 |
| RONALD H NEIHART DDS | UNSECURED | 730.00 | .00 | .00 |
| FREEDOM/CB&T | UNSECURED | 2370.30 | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NELSON WATSON & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 7657.69 | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| US EMPLOYEES CU | UNSECURED | 8247.40 | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | UNSECURED | NOT FILED | .00 | .00 |
| US EMPLOYEES CU | UNSECURED | 640.26 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 175.92 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 263.54 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2216.82 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,484.00 | | 2,327.02 |
| TOM VAUGHN | TRUSTEE | | | 281.20 |
| DEBTOR REFUND | REFUND | | | 420.00 |

           Summary of Receipts and Disbursements:

-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                4,545.00

PRIORITY                                       .00
SECURED                                     965.05
    INTEREST                                551.73
UNSECURED                                      .00
ADMINISTRATIVE                            2,327.02
TRUSTEE COMPENSATION                        281.20

```
DEBTOR REFUND                                             420.00
                     ----------------      ----------------
TOTALS                      4,545.00             4,545.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 06/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE